ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Applicant, ) <br> ) <br> v. ) <br> ) <br> AMERATEX ENERGY, INC, ) <br> LEWIS OIL, INC., and ) <br> THOMAS A. LEWIS ) <br> ) <br> Respondents. ) | No.: 4:17-MC-018-A |

## SEC'S EXHIBIT LIST

| EX. NO. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| | **EXPECTED TO BE OFFERED** | | |
| **SEC Subpoenas** | | | |
| SEC-001 | SEC's Letter and Subpoena to Thomas A. Lewis – 10/06/16 | | |
| SEC-002 | SEC's Letter and Subpoena to AmeraTex Energy, Inc. – 10/06/16 | | |
| SEC-003 | SEC's Letter and Subpoena to Lewis Oil, Inc. – 10/06/16 | | |
| **Demonstrative** | | | |
| SEC-004 | Production Summary Chart – *for demonstrative use only* | | |
| | | | |
| | **TO BE OFFERED IF NEEDED** | | |
| | | | |
| **SEC Communications with Counsel/Representatives for Respondents** | | | |
| SEC-005 | Email between Sarah Mallett and Daryl Washington – 04/10/17 | | |
| SEC-006 | Email between Sarah Mallett and Daryl Washington – 04/18/17 | | |
| SEC-007 | Email between Sarah Mallett and Daryl Washington – 04/27/17 | | |
| SEC-008 | Email between Sarah Mallett and Daryl Washington – 05/08/17 | | |
| SEC-009 | Email between James Etri and Daryl Washington – 06/30/2017 | | |

| | | | |
|---|---|---|---|
| SEC-010 | Correspondence from Matthew Gulde to Daryl Washington – 07/19/2017 | | |
| SEC-011 | Email between Daryl Washington and Matthew Gulde/ Sarah Mallett – 07/24/17 | | |
| SEC-012 | Email between Sarah Mallett and Daryl Washington – 08/11/17 | | |
| SEC-013 | Email between Sarah Mallett and Daryl Washington – 08/15/17 | | |
| SEC-014 | Email between Sarah Mallett and Aaron Schmiedel regarding email production – 08/16/17 | | |
| SEC-015 | Email between Sarah Mallett and Daryl Washington – 08/17/2017 | | |
| **Examples of Third-Party Produced Communications/Documents** | | | |
| SEC-016 | Email between Billy Fort and Daniel Blair - 07/31/14 [SEC-BlairD-E-0000039 – 0000042] | | |
| SEC-017 | Email between Tom Lewis and Bruce Mauss – 06/10/15 [SEC-KYDFI-P-0000500 – 0000503] | | |
| SEC-018 | Email between Tom Lewis and Farrell Lord – 06/15/15 [SEC-KYDFI-P-0000505] | | |
| SEC-019 | Email between Tom Lewis and Farrell Lord – 08/20/15 [SEC-KYDFI-P-0000516] | | |
| SEC-020 | Email between Tom Lewis and Farrell Lord – 11/18/15 [SEC-KYDFI-P-0000529] | | |
| SEC-021 | Email between Tom Lewis and Farrell Lord – 03/28/16 [SEC-KYDFI-P-0000553] | | |
| SEC-022 | Email between Tom Lewis and Farrell Lord – 04/28/16 [SEC-KYDFI-P-0000555 - 0000559] | | |
| SEC-023 | Email between Tom Lewis and Farrell Lord – 06/13/16 [SEC-KYDFI-P-0000561] | | |
| SEC-024 | Email between Gary Holloway and Sandy Lawson – 11/05/15 [SEC-LAWSONH-P-0000028 - 0000029] | | |
| SEC-025 | Email between Gary Holloway and Sandy Lawson – 12/01/14 [SEC-LAWSONH-P-0000030] | | |
| SEC-026 | Email between Gary Holloway and Sandy Lawson – 02/24/15 [SEC-LAWSONH-P-0000033] | | |
| SEC-027 | Email between Billy Cooper and Jim Meszaros – 03/21/13 [SEC-MeszarosKJ-P-0000028 – 0000030] | | |
| SEC-028 | Email between Tom Lewis and David Smith – 02/01/17 [SEC-SMITHD-P-0000037] | | |
| **Other Documents** | | | |
| SEC-029 | GoDaddy Records for Lewis Oil Corporation [GD 000001-000103] | | |
| SEC-030 | GoDaddy Records for Ameratex Energy Inc. [GD 000104 – 000263] | | |
| SEC-031 | Whois History for Ameratexkentucky.com – 07/13/17 | | |

| | | | |
|---|---|---|---|
| SEC-032 | Redacted Excerpt from Brian Bull background questionnaire to SEC (Pg. 2) [SEC-BullB-P-000002] | | |
| **Emails Produced by AmeraTex Energy** | | | |
| SEC-033 | Email between David Dreyer and Brian Bull – 11/04/13 [SEC-AMERATEX-E-0016600 - 0016601] | | |
| SEC-034 | Email between Brandon Doran and Hampton Humphrey – 08/18/14 [SEC-AMERATEX-E-0023301] | | |
| SEC-035 | Email between Tom Lewis and Jonathan Moorehouse – 06/15/15 [SEC-AMERATEX-E-0028611 - 0028621] | | |
| SEC-036 | Email between Sarah Mallett and Daryl Washington – 11/04/16 | | |
| SEC-037 | Email between Sarah Mallett and Daryl Washington – 11/08/16 | | |
| SEC-038 | Email between Sarah Mallett and Daryl Washington – 11/15/16 | | |
| SEC-039 | Email between Sarah Mallett and Daryl Washington – 11/17/16 | | |
| SEC-040 | Email Accellion Workspace invitation from Jamie Haussecker to Daryl Washington – 11/17/16 | | |
| SEC-041 | Email between Jamie Haussecker and Daryl Washington – 11/17/16 | | |
| SEC-042 | Email between Sarah Mallett and Daryl Washington – 11/18/16 | | |
| SEC-043 | Email between Sarah Mallett and Daryl Washington – 12/05/16 | | |
| SEC-044 | Email between Sarah Mallett and Daryl Washington – 12/12/16 | | |
| SEC-045 | Email between Sarah Mallett and Daryl Washington – 12/12/16 (2) | | |
| SEC-046 | Email between Sarah Mallett and Daryl Washington – 12/15/16 | | |
| SEC-047 | Email between Sarah Mallett and Daryl Washington – 02/09/17 | | |
| SEC-048 | Email between Sarah Mallett and Daryl Washington – 03/02/17 | | |
| SEC-049 | Email between Sarah Mallett and Daryl Washington – 03/19/17 | | |
| SEC-050 | Email between Sarah Mallett and Daryl Washington – 03/22/17 | | |
| SEC-051 | Email between Sarah Mallett and Daryl Washington – 04/10/17 (2) | | |
| SEC-052 | Email between Sarah Mallett and Daryl Washington – 04/24/17 | | |

| SEC-053 | Email between James Etri and Daryl Washington – 04/28/17 | | |
|---|---|---|---|
| SEC-054 | Email between James Etri and Daryl Washington – 04/28/17 (2) | | |
| SEC-055 | Email between Sarah Mallett and Daryl Washington – 05/04/17 | | |
| SEC-056 | Email between Sarah Mallett and Daryl Washington – 05/31/17 | | |
| SEC-057 | Email between Sarah Mallett and Daryl Washington – 06/01/17 | | |
| SEC-058 | Email between James Etri and Daryl Washington – 06/28/2017 | | |
| SEC-059 | Email between Sarah Mallett and Daryl Washington – 07/31/17 | | |
| SEC-060 | Email between Sarah Mallett and Daryl Washington – 08/02/17 | | |
| SEC-061 | Email between Tom Lewis and Farrell Lord – 05/24/15 [SEC-KYDFI-P-0000497 – 0000499] | | |
| SEC-062 | Email between Tom Lewis and Farrell Lord – 07/23/15 [SEC-KYDFI-P-0000512] | | |
| SEC-063 | Email between Tom Lewis and Farrell Lord – 08/28/15 [SEC-KYDFI-P-0000519 - 0000521] | | |
| SEC-064 | Email between Tom Lewis and Farrell Lord – 09/08/15 [SEC-KYDFI-P-0000523 - 0000524] | | |
| SEC-065 | Email between Tom Lewis and Farrell Lord – 10/29/15 [SEC-KYDFI-P-0000527] | | |
| SEC-066 | Email between Tom Lewis and Farrell Lord – 12/01/15 [SEC-KYDFI-P-0000535] | | |
| SEC-067 | Email between Tom Lewis and Farrell Lord – 02/04/16 [SEC-KYDFI-P-0000543] | | |
| SEC-068 | Email between Tom Lewis and Farrell Lord – 03/07/16 [SEC-KYDFI-P-0000551] | | |
| SEC-069 | Email between Tom Lewis and Farrell Lord – 03/29/16 [SEC-KYDFI-P-0000554] | | |
| SEC-070 | Email between Tom Lewis and Farrell Lord – 10/14/16 [SEC-KYDFI-P-0000569] | | |
| SEC-071 | Email between Gary Holloway and Sandy Lawson – 04/13/15 [SEC-LAWSONH-P-0000018] | | |
| SEC-072 | Investor Correspondence from AmeraTex Energy – 10/28/14 [SEC-LAWSONH-P-0000027] | | |
| SEC-073 | Email between Gary Holloway and Sandy Lawson – 02/27/15 [SEC-LAWSONH-P-0000035] | | |
| SEC-074 | Investor Correspondence from AmeraTex Energy – 01/12/17 [SEC-LAWSONH-P-0000061] | | |
| SEC-075 | Email between Billy Cooper and Jim Meszaros – 09/19/12 [SEC-MeszarosKJ-P-0000016] | | |

| SEC-076 | Email between Tom Lewis and David Smith – 10/12/16 [SEC-SMITHD-P-0000014] | | |
|---|---|---|---|
| SEC-077 | Email between Tom Lewis and David Smith – 10/27/16 [SEC-SMITHD-P-0000015 - 0000016] | | |
| SEC-078 | Email between Tom Lewis and David Smith – 10/31/16 [SEC-SMITHD-P-0000018] | | |
| SEC-079 | Investor Correspondence from Lewis Oil Corporation – 12/30/16 [SEC-SMITHD-P-0000027] | | |
| SEC-080 | Investor Correspondence from Lewis Oil Corporation – 12/30/16 [SEC-SMITHD-P-0000031 - 0000032] | | |

Dated:  September 5, 2017

Respectfully submitted,

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION

MATTHEW GULDE
Illinois Bar No. 6272325
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-1410
Facsimile:  (817) 978-4927
guldem@sec.gov

Of Counsel:

SARAH S. MALLETT
Texas Bar No. 24078907
JAMES E. ETRI
Texas Bar No. 24002061
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102

*Attorneys for Applicant United States Securities and Exchange Commission*

## CERTIFICATE OF CONFERENCE

As ordered by the Court, the SEC attempted to confer with Tom Lewis as to the admissibility of the SEC's exhibits during the weeks of August 21 and 28. Lewis responded on August 29, saying that he was attempting to retain counsel. With the Court's deadline in mind, the SEC again asked Mr. Lewis to provide objections to the SEC's exhibits by Friday, September 1. Mr. Lewis has neither responded to this request nor confirmed that he intends to present any exhibits of his own.

Matthew J. Gulde

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I filed the foregoing document with the Clerk of the Court, who entered the documents into the CM/ECF system which will send notification of the filing to all counsel who have registered with the Court. Additionally, the undersigned emailed Thomas Lewis a copy of the foregoing at lewisoilcorp@gmail.com.

Matthew J. Gulde