UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Applicant, )<br>)<br>v. )<br>)<br>AMERATEX ENERGY, INC, )<br>LEWIS OIL, INC., and )<br>THOMAS A. LEWIS )<br>)<br>Respondents. )<br>) | No.: 4:17-MC-018-A |

## ORDER GRANTING MOTION TO DISMISS

The Court has considered Applicant Securities and Exchange Commission's ("Commission") Motion to Dismiss Claims Against Respondents AmeraTex Energy, Inc., Lewis Oil Inc. and Thomas A. Lewis. The Court finds that the Motion should be and hereby is GRANTED.

**IT IS THEREFORE ORDERED** that the Commission's Application for Order Compelling Compliance with Administrative Subpoenas is DISMISSED without prejudice.

Signed 3/8 2018.

_____
HONORABLE JOHN MCBRYDE
UNITED STATES DISTRICT JUDGE