IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR - 8 2018
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § |
| Applicant, | § § § |
| VS. | §  NO. 4:17-MC-018-A |
| | § |
| AMERATEX ENERGY, INC., ET AL., | § § |
| Respondents. | § |

## FINAL JUDGMENT

Consistent with the Order Granting Motion to Dismiss signed in the above-captioned miscellaneous action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all relief sought by applicant, Securities and Exchange Commission, in the above-captioned miscellaneous action against respondents, AmeraTex Energy, Inc., Lewis Oil, Inc., and Thomas A. Lewis, be, and are hereby, dismissed without prejudice.

SIGNED March 8, 2018.

_____
JOHN McBRYDE
United States District Judge